# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **HERMELINDO VILLALOBOS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00016 |
| | § | |
| **PNC BANK, N.A. its assigns and/or successors in interest** | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Hermelindo Villalobos ("Plaintiff") and Defendant PNC Bank, N.A. its assigns and/or successors in interest ("PNC") (collectively, the "Parties") jointly file this Notice of Settlement and would respectfully show the Court as follows:

1. The Parties respectfully notify the Court that they reached settlement on all claims in this matter.

2. The Parties respectfully request that all upcoming hearings and/or deadlines be cancelled.

3. Final dismissal papers will be filed with the Court within the next thirty (30) days.

The Parties pray the Court cancel any upcoming hearings and provide the Parties thirty (30) days to file final dismissal documents, and for such other further relief to which the Parties may be justly entitled.

[*Signatures on following page*]

1

Respectfully submitted,



By: */s/ Gabriella Alonso*
**JON H. PATTERSON**
Texas Bar No. 24077588
jpatterson@bradley.com
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone: (205) 521-8403
Fax:     (205) 488-6403

**GABRIELLA E. ALONSO**
Texas Bar No. 24113527
Fed. I.D. No. 3427194
galonso@bradley.com
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
***ATTORNEYS FOR DEFENDANT PNC BANK, N.A.***

AND

*/s/ James Q. Pope* (with permission)
**JAMES Q. POPE**
Texas Bar No. 24048738
Fed. I.D. No. 612732
jamesp@thepopelawfirm.com
The Pope Law Firm
6161 Savoy Drive, Suite 1125
Houston, Texas 77036
***COUNSEL FOR PLAINTIFF HERMELINDO VILLALOBOS***

## CERTIFICATE OF SERVICE

   I certify that on this 29th day of March 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served on all counsel of record as follows:

*Via CM/ECF and e-mail:*
James Q. Pope
jamesp@thepopelawfirm.com
The Pope Law Firm
6161 Savoy Drive, Suite 1125
Houston, Texas 77036
***Counsel for Plaintiff***

         */s/ Gabriella E. Alonso*
         Gabriella E. Alonso